UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 1028A(a)(1) |
| | ) 18 U.S.C. § 1028(a)(7) |
| v. | ) 42 U.S.C. § 408(a)(7)(B) |
| | ) 18 U.S.C. § 1001(a)(3) |
| EGLIN SELENIA QUINTERO-RODRIGUEZ, | ) 18 U.S.C. § 1621(2) |
| | ) 18 U.S.C. § 1015(e) |
| Defendant. | ) 18 U.S.C. § 911 |

THE UNITED STATES GRAND JURY CHARGES THAT:

SCANNED

DEC - 2 2025

U.S DISTRICT COURT MPLS

### COUNT 1
(Aggravated Identity Theft)

On or about February 6, 2023, through on or about February 10, 2025, in the State and District of Minnesota, the defendant,

**EGLIN SELENIA QUINTERO-RODRIGUEZ,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit: the name, date of birth, and Social Security number of Victim 1, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: 42 U.S.C. § 408 and 18 U.S.C. § 911, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

### COUNT 2
(Unlawful Transfer, Possession, or Use of a Means of Identification)

On or about February 6, 2023, through on or about February 10, 2025,

*United States v. Eglin Selenia Quintero-Rodriguez*

in the State and District of Minnesota, the defendant,

## EGLIN SELENIA QUINTERO-RODRIGUEZ,

did knowingly transfer, possess, and use in or affected interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit: a name, date of birth, and Social Security number, knowing that the means of identification belonged to another actual person, with intent to commit, or to aid or abet, or in connection with any unlawful activity that constitutes a violation of Federal law or a felony under application State or local law, to wit: false social security number in violation of 42 U.S.C. § 408(a)(7)(B), false documents in violation of 18 U.S.C. § 1001(a)(3), perjury in violation of 18 U.S.C. § 1621(2), false statement of citizenship or nationality in violation of 18 U.S.C. § 1015(e), false claim to citizenship in violation of 18 U.S.C. § 911, and improper entry of an alien in violation of 8 U.S.C. § 1325(a), in violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT 3
(False Social Security Number)

On or about February 6, 2023, through on or about February 10, 2025, in the State and District of Minnesota, the defendant,

## EGLIN SELENIA QUINTERO-RODRIGUEZ,

did, with intent to deceive and for the purpose of obtaining employment and payments to which she is not entitled and for the purpose of obtaining

2

*United States v. Eglin Selenia Quintero-Rodriguez*

employment and payments, falsely represent a number to be the Social

Security account number assigned by the Commissioner of Social Security to

her, when in fact such number is not the Social Security account number

assigned by the Commission of Social Security to her, in violation of Title 42,

United States Code, Section 408(a)(7)(B).

## COUNT 4
(False Documents)

On or about February 6, 2023, through on or about February 10, 2025,

in the State and District of Minnesota, the defendant,

## EGLIN SELENIA QUINTERO-RODRIGUEZ,

did willfully and knowingly make and use a false writing and document,

knowing the same to contain a materially false, fictitious, and fraudulent

statement and entry in a matter within the jurisdiction of the executive branch

of the Government of the United States, by using another person's identity to

obtain employment in the United States and to complete the Form I-9,

Employment Eligibility Verification, and by presenting a fraudulent Social

Security card and California Identification Card, well knowing and believing

that she was actually a Nicaraguan citizen with no lawful status in the United

States, in violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT 5
(Perjury)

*United States v. Eglin Selenia Quintero-Rodriguez*

On or about February 6, 2023, in the State and District of Minnesota, the defendant,

## EGLIN SELENIA QUINTERO-RODRIGUEZ,

willfully and knowingly made a false statement in a declaration under penalty of perjury, to wit: she used the name and date of birth of Victim 1 and claimed to be a citizen of the United States in her Form I-9, Employment Eligibility Verification, all in violation of Title 18, United States Code, Section 1621(2).

## COUNT 6
### (False Statement of Citizenship)

On or about February 6, 2023, in the State and District of Minnesota, the defendant,

## EGLIN SELENIA QUINTERO-RODRIGUEZ,

knowingly made a false statement and claim that she is a citizen or national of the United States, with the intent to engage unlawfully in employment in the Unites States, to wit: the defendant claimed to be a "citizen of the United States" on the Form I-9, Employment Eligibility Verification, all in violation of Title 18, United States Code, Section 1015(e).

## COUNT 7
### (False Claim to United States Citizenship)

On or about February 6, 2023, in the State and District of Minnesota, the defendant,

4

*United States v. Eglin Selenia Quintero-Rodriguez*

### EGLIN SELENIA QUINTERO-RODRIGUEZ,

a citizen of Nicaragua and therefore an alien in the United States, falsely and willfully represented herself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

### FORFEITURE ALLEGATIONS

Counts 1–7 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 2 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1028(b)(5) and (g), all personal property that was used or intended to be used to commit Count 2, including but not limited to:

1. A Social Security card and Social Security number ending in -4800; and

2. An Identification Card issued by the state of California containing the defendant's picture but the name and date of birth for Victim 1.

TRUE BILL

_____          _____
UNITED STATES ATTORNEY                           FOREPERSON

5